IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

PANHANDLE CLEANING & RESTORATION, INC.,

    Plaintiff,

v.                                Civil Action No. 5:11CV178
                                                  (STAMP)
RONALD W. VANNEST, CHARLES W. WYCKOFF
and SHAHN GOLEC,

    Defendants.

**ORDER CONFIRMING DATE AND TIME OF HEARING REGARDING INJUNCTION**

On September 18, 2012, this Court entered an order converting the then scheduled trial date to an injunction hearing in this civil action. This order confirms that the injunction hearing will commence on **October 10, 2012 at 8:30 a.m.** This Court understands that the plaintiff has through mediation settled its claims with Ronald W. Vannest and Charles W. Wyckoff. Therefore, the hearing on the injunction will proceed against Shahn Golec only.

IT IS SO ORDERED.

The Clerk is directed to transmit a copy of this order to counsel of record herein.

DATED:    October 5, 2012

                                              /s/ Frederick P. Stamp, Jr.
                                              FREDERICK P. STAMP, JR.
                                              UNITED STATES DISTRICT JUDGE